IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OILILY FAIR & ACCURATE CREDIT TRANSACTIONS ACT LITIGATION _____/ This Order Relates to: ALL CASES _____/ | No. M 08-1939 SI MDL. No. 1939 **ORDER DISMISSING PROCEEDING** |

This MDL proceeding consisted of only two Oilily/FACTA actions (Nos. C 07-4780 SI and C 08-2609 SI). Both of those actions have been voluntarily dismissed with prejudice by the parties. Accordingly, this MDL proceeding is dismissed. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 26, 2008

SUSAN ILLSTON
United States District Judge