UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED

AUG 27 2008

IN RE: OILILY,

Case Number: M 08-1939

Defendant.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Multidistrict Litigation Panel
One Columbus Circle, NE
Thurgood Marhsall Federal Judiciary Building
Room G-225, North Lobby
Washington, DC 20002

Dated: August 27, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OILILY FAIR & ACCURATE CREDIT TRANSACTIONS ACT LITIGATION<br><br>This Order Relates to:<br><br>ALL CASES | No. M 08-1939 SI<br><br>MDL. No. 1939<br><br>**ORDER DISMISSING PROCEEDING** |

This MDL proceeding consisted of only two Oilily/FACTA actions (Nos. C 07-4780 SI and C 08-2609 SI). Both of those actions have been voluntarily dismissed with prejudice by the parties. Accordingly, this MDL proceeding is dismissed. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 26, 2008

SUSAN ILLSTON
United States District Judge